UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STARR COLEMAN,

    Plaintiff,

v.                                  CASE NO.:  8:17-cv-00804-EAK-MAP

TRANSWORLD SYSTEMS, INC.,

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, STARR COLEMAN, and the Defendant, TRANSWORLD SYSTEMS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| s/ *Amanda J. Allen, Esq.* | /s *Ashley N. Rector, Esq.* |
| Amanda J. Allen, Esquire | Ashley N. Rector, Esq. |
| Florida Bar No. 98228 | Florida Bar No.0106605 |
| Amanda@TheConsumerProtectionFirm.com | arector@sessions.legal |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, LLC |
| 4030 Henderson Blvd. | 3350 Buschwood Park Dr., Suite 195 |
| Tampa, FL 33629 | Tampa, FL 33609 |
| Tele: (813) 500-1500 | Tele: (813) 440-5327 |
| Fax: (813) 435-2369 | Fax: (866) 466-3140 |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |

## **CERTIFICATE OF SERVICE**

      I certify that on January 30, 2018 a copy of the foregoing document was served on all counsel of record via CM/ECF.

                        *s/Amanda J. Allen, Esq.*
                        **Amanda J. Allen, Esquire**
                        Florida Bar No. 98228
                        Amanda@TheConsumerProtectionFirm.com
                        Shenia@TheConsumerProtectionFirm.com
                        THE CONSUMER PROTECTION FIRM, PLLC
                        4030 Henderson Blvd
                        Tampa, FL 33629
                        Tele:  (813) 500-1500
                        Fax:  (813) 435-2369
                        ***Attorney for Plaintiff***